**2017–0635.   ClarkWestern Dietrich Bldg. Sys., L.L.C. v. Certified Steel Stud Assn., Inc.**
Butler App. No. CA2016–05–098, 2017-Ohio-1091. On motions for admission pro hac vice of Jeffrey M. Pollock and Robert J. Rohrberger. Motions granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission with the Supreme Court's Office of Attorney Services within 30 days.

**2017–0806.   State ex rel. McClure v. Noble.**
In Mandamus. On relator's application for dismissal. Application granted. Cause dismissed.